UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
SERENA THOMPSON, et al.                                        :
                                                               :
                                        Plaintiffs,            :     18 Civ. 7139 (LGS)
                                                               :
                    -against-                                  :     ORDER
                                                               :
Corizon Health, Inc., et al                                    :
                                                               :
                                        Defendants.            :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on November 14, 2019, a conference was held. It is hereby

**ORDERED** that, by **November 21, 2019**, Plaintiffs shall file a letter stating whether they intend to withdraw any claims. By **November 25, 2019**, Defendant Corizon Health, Inc. shall file a letter stating whether it intends to file a motion for summary judgment regarding any remaining claims. If so, Defendant Corizon Health shall confer with Plaintiffs and include a proposed briefing schedule in the letter. It is further

**ORDERED** that, as soon as possible and no later than **December 13, 2019**, Plaintiffs and Defendant Corizon Health shall meet and confer in person regarding settlement discussions as described at the conference. The parties shall file a letter on the outcome of the meet and confer within seven days after it takes place and no later than **December 20, 2019**. It is further

**ORDERED** that the parties shall complete all remaining expert depositions by **January 17, 2020**.

Dated: November 15, 2019
       New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**