UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SERENA THOMPSON et al., :
                       Plaintiffs, :
                                                   :
                 -against- : 18 Civ. 7139 (LGS)
                                                   :
CORIZON HEALTH, INC. et al., : ORDER
                       Defendants. :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Opinion and Order, dated January 12, 2021, denied summary judgment to Defendants on Plaintiffs' claims under the New York City Human Rights Law and New York Labor Law. It is hereby

       **ORDERED** that by **February 5, 2021**, the parties shall file a joint letter proposing next steps, including whether they wish to be referred for mediation or settlement discussions.

Dated: January 26, 2021
       New York, New York

                                                        **LORNA G. SCHOFIELD**
                                                  **UNITED STATES DISTRICT JUDGE**