UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SERENA THOMPSON, et al.,                          :
                   Plaintiffs,           :
                                    :
             -against-             :  18 Civ. 7139 (LGS)
                                    :
CORIZON HEALTH, INC. et al.,                      :  ORDER
                   Defendants. :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Opinion and Order, dated January 12, 2021, denied Defendant Corizon Health, Inc.'s motion for summary judgment, and the parties moved for reconsideration on some, but not all, of the claims addressed in the Opinion and Order (Dkt. No. 135).

WHEREAS, this action is trial ready.

WHEREAS, due to: (i) the limited number of courtrooms available for jury trials during ongoing COVID-19 protocols and (ii) the need for a courtroom assignment in order to conduct a trial in this matter, the first date that the Court can request a courtroom for a jury trial is in the third quarter of 2021. It is hereby

**ORDERED** that by **March 1, 2021**, the parties shall meet and confer and file a letter proposing three Mondays in the third quarter of 2021 on which they could commence a trial and stating the estimated duration of the trial. The Court will request a courtroom to commence a trial in this matter on or around the proposed dates and notify the parties of any firm or back-up trial date when third quarter courtroom assignments are made (approximately a month in advance). Dates for pretrial submissions will follow in a separate order.

Dated: February 22, 2021
       New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**