UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SERENA THOMPSON, et al.,                          :
                                    Plaintiffs,    :
                                                   :
              -against-                            :          18 Civ. 7139 (LGS)
                                                   :
CORIZON HEALTH, INC., et al.,                      :                 ORDER
                                    Defendants.  :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Opinion and Order, dated January 12, 2021, denied summary judgment to Defendants on Plaintiffs' claims under the New York City Human Rights Law and New York Labor Law and Defendants have moved for reconsideration as to some, but not all, Plaintiffs.

      WHEREAS, this action is trial ready.  It is hereby

      **ORDERED** that that due to the limited number of courtrooms available, the jury trial in this action shall begin on **September 13, 2021, at 9:45 a.m.**  The Court will notify the parties if that date changes due to limited courtroom availability.  It is further

      **ORDERED** that, with respect to the parties' anticipated severance motions, by **May 17, 2021**, (1) Defendant Corizon shall file its severance motion as to Plaintiffs and (2) Physician Affiliate Group of New York, P.C., the New York City Health and Hospitals Corporation, the City of New York and the New York City Department of Health and Mental Hygiene (the "Crossclaim Defendants") shall collectively file a single severance motion as to Corizon's crossclaims against them.  By **May 31, 2021**, (1) Plaintiffs shall collectively file a single opposition to Corizon's motion and (2) Corizon shall file an opposition to the Crossclaim Defendants' motion.  By **June 7, 2021**, (1) Corizon shall file a reply to Plaintiffs' opposition and (2) the Crossclaim Defendants shall collectively file a single reply to Corizon's opposition.  The parties' severance briefing shall comply with the Individual Rules, including restrictions on page limits.  It is further

**ORDERED** that in accordance with and as further provided in Individual Rule IV.B:

(1) Any motions in limine shall be filed by **July 1, 2021**.  Responses to the motions shall be filed by **July 15, 2021**.  No replies shall be filed.  The parties shall follow the Court's Individual Rules regarding such motions.

(2) Joint requests to charge, *voir dire*, the verdict form and any memorandum of law, as provided in the Court's Individual Rules, shall be filed by **August 12, 2021**.

(3) The final pretrial order shall be filed by **August 19, 2021**.

(4) The parties shall appear for the final pre-trial conference on **September 2, at 4:00 p.m.**, on the following conference call line:  888-363-4749, access code: 558-3333.  The time of the conference is approximate, but the parties shall be ready to proceed by that time.  It is further

**ORDERED** that by **April 29, 2021**, the parties shall file a joint letter apprising the Court of the outcome of mediation.

Dated: March 8, 2021
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**