UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SERENA THOMPSON, et al.,                           :
                      Plaintiffs,     :
                                         :
              -against-        :      18 Civ. 7139 (LGS)
                                         :
CORIZON HEALTH, INC., et al.,                     :      ORDER
                      Defendants. :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, trial in this matter is scheduled to begin on September 13, 2021, at 9:45 a.m., and the final pre-trial conference ("FPTC") is scheduled for September 2, 2021, at 4:00 p.m. (Dkt. No. 50).

      WHEREAS, due to the availability of courtrooms during the COVID-19 pandemic, the trial date is no longer available. It is hereby

      **ORDERED** that the jury trial in this matter is **adjourned** to **November 8, 2021, at 9:45 a.m.**, subject to the availability of courtrooms during the COVID-19 pandemic. That date is the first available for this matter, which is in first place on the Court's trial calendar for that week. The FPTC is **adjourned** to **October 28, 2021, at 4:00 p.m.**, on the following conference call line: 888-363-4749, access code 558-3333. The remaining deadlines for pre-trial submissions in the Order, dated March 8, 2021 (Dkt. No. 50), remain in effect.

Dated: August 2, 2021
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE