UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
SERENA THOMPSON, *et al.*,
                            Plaintiff(s),

-against-

CORIZON HEALTH, INC., *et al.*,
                            Defendant(s).
------------------------------------------------------------ X

18 Civ. 7139 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a settlement conference is scheduled on October 5, 2021, at 10:00 a.m., before Magistrate Judge Stewart D. Aaron.  It is hereby

    **ORDERED** that the parties file a joint status letter updating the Court on the status of settlement discussions by **October 8, 2021.**

Dated: September 15, 2021
       New York, New York

                                            LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE