UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
SERENA THOMPSON, *et al.*,                                   :
                                     Plaintiffs,             :    18 Civ. 7139 (LGS)
                                                             :
               -against-                                     :    ORDER
                                                             :
CORIZON HEALTH, INC., *et al.*,                              :
                                     Defendants.             :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the jury trial in this matter was scheduled to commence on November 22, 2021, at 9:45 a.m., subject to the availability of courtrooms during the COVID-19 pandemic.

WHEREAS, that trial date is no longer available due to the availability of courtrooms during the COVID-19 pandemic.

WHEREAS, the case has been assigned a courtroom to begin the trial as a back-up for November 30, 2021, and could go to trial on 24 hours' notice.  It is hereby

**ORDERED** that the trial date is adjourned from November 22, 2021 to **November 30, 2021**.  The parties shall be prepared to proceed on that date or 24 hours notice thereafter.  It is further

**ORDERED** that, if the trial proceeds November 30, 2021, a jury will be selected that day and and the trial will proceed day-to-day thereafter beginning on December 6, 2021.  It is further

**ORDERED** that the parties shall provide, on a CD, an electronic version of all trial exhibits at least two (2) weeks prior to the final pre-trial conference.

Dated: September 15, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**