UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERENA THOMPSON, LINDA UNNELAND, SANJA MEDICH, NAOMI DECHOUDENS, and ANNIE PETRARO,<br><br>Plaintiffs,<br><br>v.<br><br>CORIZON HEALTH, INC., PHYSICIAN AFFILIATE GROUP OF NEW YORK, P.C., THE NEW YORK CITY HEALTH & HOSPITALS CORPORATION, THE CITY OF NEW YORK,<br><br>Defendants. | Civil Action No. 18-7139 (LGS)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND <u>WITHOUT COSTS</u> |

**IT IS HEREBY STIPULATED AND AGREED** by and between plaintiff Naomi Dechoudens and defendant Corizon Health, Inc. that all claims alleged by Plaintiff and filed in this action are hereby dismissed with prejudice and without costs against any party.

**GISKAN SOLOTAROFF & ANDERSON LLP**
Jason Solotaroff
Amy Robinson
90 Broad Street, 2nd Floor
New York, New York 10004
Tel: (646) 964-9609
*Attorneys for Plaintiffs*

_____
~~JASON SOLOTAROFF~~ AMY ROBINSON

Dated: Nov. 22, 2021

**SAIBER LLC**
Jennine DiSomma
Vincent C. Cirilli
18 Columbia Turnpike, Suite 200
Florham Park, NJ 07932-2266
Tel: (973) 622-3333
*Attorneys for Corizon Health, Inc.*

_____
JENNINE DiSOMMA

Dated: Feb. 11, 2022

SO ORDERED.

Dated: February 14, 2022
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

01569047.DOC